[Nos. 42938-1-II; 42958-6-II.   Division Two.   October 8, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. JEFFERY RAY
MONTGOMERY, *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. REX ALAN
McNICOL, *Appellant*.

Appeals from a judgment of the Superior Court for Pierce
County, No. 10-1-03149-1, John R. Hickman, J., entered
December 9, 2011. *Affirmed* by unpublished opinion per
Johanson, A.C.J., concurred in by Penoyar and Bjorgen, JJ.

[No. 43020-7-II.   Division Two.   October 8, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. EMMETT ARTHUR
MEADOWS, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 11-1-01738-1, John R. Hickman, J., entered
January 13, 2012. *Affirmed in part* and *remanded with
instructions* by unpublished opinion per Johanson, A.C.J.,
concurred in by Penoyar and Bjorgen, JJ.

[No. 43025-8-II.   Division Two.   October 8, 2013.]

*In the Matter of the Marriage of* REBECCA A. LARSEN,
*Respondent*, and JEREMIAH J. LARSEN, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz
County, No. 10-3-00611-1, Marilyn K. Haan, J., entered
December 12, 2011. *Reversed* and *remanded with instruc-
tions* by unpublished opinion per Worswick, C.J., concurred
in by Hunt and Maxa, JJ.

[No. 43060-6-II.   Division Two.   October 8, 2013.]

JENNIFER A. CRANE, *Respondent*, v. TERRY L. BROWN,
*Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 02-3-03934-0, Brian M. Tollefson, J., entered
February 3, 2012. *Affirmed* by unpublished opinion per
Bjorgen, J., concurred in by Hunt and Penoyar, JJ.